Label Matrix for local noticing
0539-4
Case 25-42010-elm11
Northern District of Texas
Ft. Worth
Tue Aug 12 09:33:33 CDT 2025

Parker CAD
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

Velocity Commercial Capital
c/o McCalla Raymer Leibert Pierce, LLP
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

Vintage Restoration Services, LLC
4529 Pebble Stone Dr.
Fort Worth, TX 76123-1882

501 W. Tenth Street
Fort Worth, TX 76102-3637

Capital Fund Reit, LLC
14555 N Scottsdale Rd., Ste. #200
Scottsdale, AZ 85254-4068

Capital Fund, LLC
14555 N. Scottsdale Rd. 200
Scottsdale, AZ 85254-4068

Cheri Reinke
3180 Shenandoah drive
HAILEY, ID 83333-8601

Cherie Reinke
C/o Reece Robert
515 South First Ave.
Hailey, ID 83333-8432

(p)EVEREST BUSINESS FUNDING
ATTN ATTN ATTENTION LEGAL DEPARTMENT
12496 NW 25TH STREET
SWEETWATER FL 33182-1505

Keatrell D Wheeler
4217 Toledo Ave
Fort Worth, TX 76133-5456

McCalla Raymer Leibert Pierce
1320 Greenway Dr. 780
Irving, TX 75038-2550

PHH Mortgage
P.O. Box 660093
Dallas, TX 75266-0093

Patt Aycock
18383 Preston Rd 100
Dallas, TX 75252-5476

Reece Robert
515 South First Avenue
Hailey, ID 83333-8432

Sergio Carpio
2200 McKee
Orange, TX 77630-3119

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Velocity Commercial  Capital
30699 Russell Rach Rd. 295
Thousand Oaks, CA 91362-7325

Marilyn D. Garner
Law Offices of Marilyn D. Garner
2001 E. Lamar Boulevard, Ste 200
Arlington, TX 76006-7347

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Everest Business Funding
8200 NW 52ND Ter 2nd Floor
Doral, FL 33166

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

(u)CAPITAL FUND REIT, LLC

(d)Parker CAD
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

(d)Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

(d)Velocity Commercial Capital
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

(d)Cheri Reinke
3180 Shenandoah Drive
Hailey, ID 83333-8601

End of Label Matrix
Mailable recipients    21
Bypassed recipients     6
Total                  27