ntcustrm (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                          §
Vintage Restoration Services, LLC               §     Case No.:   25–42010–elm11
                                                §     Chapter No.:   11
                                                §
                              Debtor(s)          §

# NOTICE OF U.S. TRUSTEE MOTION

***PLEASE TAKE NOTICE*** that unless a written response is filed with the clerk (including a certificate of service evidencing service upon the United States Trustee at 1100 Commerce Street, Room 976, Dallas, Texas 75242) within twenty−one (21) days following the issuance of this notice, an order granting the relief requested may be entered without further notice or hearing.

If a written response is filed a hearing will be held

at

        U.S. Courthouse, 501 W. Tenth, Room 204, Ft. Worth, TX 76102

to consider and act upon the following:

        Motion to dismiss case Hearing scheduled 9/4/2025 at 01:30 PM at Ft. Worth, Judge Morris Ctrm.. Objections due by 9/2/2025. (Attachments: # 1 Mailing Matrix)(Schmidt, Erin)

A copy of the motion is on file and available for inspection in the Office of the Clerk,
United States Bankruptcy Court
501 W. Tenth Street
Fort Worth, TX 76102


DATED:  8/13/25                      FOR THE COURT:
                                     Stephen J Manz, Clerk of Court