

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 3, 2025**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| In re: § § **Vintage Restoration Services, LLC,** § § § § § § **Debtor-in-Possession.** § | **Case No. 25-42010-ELM-11** |

## Agreed Order Dismissing Case without Prejudice

Came on for consideration, the United States Trustee's *Motion to Dismiss Case under 11 U.S.C. § 1112(b)*. ECF 25. The Court finds that cause exists to dismiss this Case and that the Debtor does not object to dismissal. It is therefore

ORDERED that this case shall be DISMISSED without prejudice upon entry of this Order.

### End of Order ###

Page **1** of **2**

Approved as to form and substance:

For the United States Trustee:

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt


For the Debtor:

*/s/ Marilyn Garner (with permission by EMS)*
Marilyn Garner


Proposed Form of Order Drafted By:

Erin Marie Schmidt
Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov